UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA                :

                                     :

           -v-                       :          19-CR-318-1 (JMF)

                                     :

CYRIL ASHU,                       :            ORDER

                                     :

                    Defendant.        :

                                     :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Defendant's application for bail is GRANTED on consent. *See* ECF No. 89. In particular, the Court determines that, in light of the dire circumstances presented by COVID-19, Defendant's "temporary release" to the "custody of" an "appropriate person" is "necessary" for a "compelling reason." *See* 18 U.S.C. § 3142(i). After conferring with Pretrial Services, the Court imposes the following bail conditions:

- $250,000 personal recognizance bond, co-signed by Mr. Ashu's wife and three additional financially responsible persons;

- Pre-Trial Services supervision as directed in the Northern District of Georgia;

- Mr. Ashu's residence will be approved in advance by Pre-Trial Services, and home incarceration at that residence will be enforced by location monitoring technology to be determined by Pre-Trial Services;

- Mr. Ashu is permitted to self-install the location monitoring equipment selected by Pre-Trial Services under the direction and instruction of Pre-Trial Services;

- Mr. Ashu must purchase or obtain an iPhone with FaceTime capabilities within two weeks of his release for remote/virtual monitoring by Pre-Trial Services;

- Mr. Ashu's travel will be restricted to the district of supervision and the Southern and Eastern Districts of New York, as well as any necessary points in between;

- Mr. Ashu will surrender any personal travel documents not already in the possession of Pre-Trial Services and make no new applications for travel documents;

- Mr. Ashu's wife and minor child will surrender any travel documents and make no new applications for travel documents;

- Mr. Ashu will not possess the personally identifying information of any other person, with the exception of the personally identifying information of his wife and minor child;

- Mr. Ashu will not communicate with his co-defendants or witnesses in this action, except in the presence of counsel; and

- Mr. Ashu will comply with all other standard conditions of supervised release (e.g., shall not commit other crimes, possess a firearm, etc.).

- Mr. Ashu can be released on his own signature, with all other conditions to be satisfied within two weeks of his release.

The Government shall immediately make arrangements for Mr. Ashu, his wife, and the three additional financially responsible persons to sign the bond (ideally by telephone or in some other manner that does not require Mr. Ashu's production to the courthouse) and for Mr. Ashu to be released. Defense counsel shall promptly make arrangements, with the Government's cooperation, to transport Mr. Ashu to his residence in Georgia.

**Defendant shall surrender to the U.S. Marshals at 500 Pearl Street by 2 p.m. on June 1, 2020, unless the Court finds prior to that date — pursuant to a letter motion filed by Defendant — that "compelling" reasons still exist to extend the Defendant's release.**

The Clerk of Court is directed to terminate ECF No. 89.

SO ORDERED.

Dated: March 31, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge