**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7140**

WRITER'S EMAIL ADDRESS
marcgreenwald@quinnemanuel.com

May 27, 2020

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Ashu*, 19 Cr. 318 (JMF)

> Application GRANTED. Defendant shall surrender to the U.S. Marshal at 500 Pearl Street by 2 p.m. on July 16, 2020, unless the Court finds prior to that date - pursuant to a letter motion filed by Defendant - that "compelling" reasons still exist to extend the Defendant's release. The Clerk of Court is directed to terminate ECF No. 101.
>
> SO ORDERED.
>
> *[signature]*
>
> May 27, 2020

Dear Judge Furman:

   We are counsel to Defendant Cyril Ashu and write respectfully to request that the Court extend Mr. Ashu's bail for an additional period of 45 days.  *See* Dkt. 90 (order releasing Mr. Ashu on bail).  We have the conferred with the Government, who consent to this extension.

   Since Mr. Ashu was released on April 2, 2020, he has complied with all conditions and has been supervised without incident by the Pre-Trial Services agency in the Northern District of Georgia.  When the Court originally released Mr. Ashu, it directed that he would surrender in the Southern District on June 1 without further order of the Court.  Mr. Ashu was released "in light of the dire circumstances presented by COVID-19."  Dkt. 90.  COVID-19 continues to threaten New York City and its immediate environs.  We respectfully submit that the "compelling reasons" for Mr. Ashu's release have not changed and – on consent of the Government, with whom we have conferred – we request that the deadline for Mr. Ashu's surrender be extended by another 45 days, to July 16, 2020.

Respectfully,

*/s/ Marc Greenwald*

Marc Greenwald

cc: AUSAs Olga Zverovich and Jarrod Schaeffer (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART