## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7140**

WRITER'S EMAIL ADDRESS
**marcgreenwald@quinnemanuel.com**

September 10, 2021

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to September 30, 2021, at 2:15 p.m. The Clerk of Court is directed to terminate Doc. #171. SO ORDERED.
>
> September 13, 2021

Re:   *United States v. Ashu*, 19 Cr. 318 (JMF) – Letter Motion for Adjournment of Sentencing

Dear Judge Furman:

We are CJA counsel to Defendant Cyril Ashu and write respectfully to request that the Court adjourn Mr. Ashu's present sentencing date of Thursday, September 24, 2021 until any day from September 29th to October 8th.  No prior requests for an adjournment have been made, and we apologize for not making this request within the time set by the Court for seeking adjournments. The Government consents to this request.

I have hearings in a matter in the Eastern District of Virginia on both September 22 and 24.  To minimize travel, if this adjournment is granted I intend to stay in Virginia on the 23rd rather than travel back and forth.  We have conferred with Mr. Ashu and he respectfully requests an in-person sentencing.  Therefore, we respectfully request that the sentencing date be adjourned to any date from September 29 to October 8 convenient for the Court.  We will submit a sentencing letter on behalf of Mr. Ashu one week prior to any adjourned date.

Respectfully,

*/s/ Marc Greenwald*

Marc Greenwald

cc:  AUSAs Olga Zverovich and Jarrod Schaeffer (via ECF)